IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUBEN EUGENE COGGINS,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | CASE NO. 3:09-cv-857-TMH-WC |
| ) | |
| LEE COUNTY CIRCUIT           ) | |
| CLERK'S OFFICE, *et al.*,           ) | |
| ) | |
| Defendants.           ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

By Order (Doc. #7) entered March 31, 2010, the Court denied Plaintiff Ruben Eugene Coggins's Application for Leave to Proceed *In Forma Pauperis* (Doc. #6). The Court instructed Plaintiff to pay the civil filing fee on or before April 7, 2010, and warned him that failure to do so would result in a recommendation by the undersigned that this matter be dismissed.

Plaintiff has also filed a "Motion for Default and Default Judgment," (Doc. #3), in which he appears to assert that he is entitled to a default judgment due to Defendants' failure to file a responsive pleading. Of course, there can be no default where Defendants have not been properly served with Plaintiff's complaint because the Court has not issued a properly executed summons due to the fact that Plaintiff has not been granted leave to proceed *in forma pauperis* and has not paid the filing fee. Plaintiff, a recurrent *pro se* litigator in this Court, has previously sought default judgment against defendants upon whom he "served" a copy of a complaint and an unexecuted subpoena form. This Court has, of course, denied Plaintiff such relief and, in a hearing before the undersigned, admonished him that such similar conduct in the future would subject him to sanctions. *See, e.g.,* Recommendation of the Magistrate Judge (Doc. #12), *Coggins v. Town of Jackson's Gap*, Civil Case

No. 3:09-cv-539 (M.D. Ala. July 8, 2009). If Plaintiff has once again "served" his complaint on Defendants with a copy of this Court's subpoena form which was unsigned by the Clerk of Court but was modified by Plaintiff to reflect the style of this case, in order to lend the summons the imprimatur of this Court's approval, then Plaintiff invites serious sanctions upon himself for his blatant disregard of the Court's orders.

In any event, Plaintiff has failed to pay the filing fee as instructed. Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this action be DISMISSED due to Plaintiff's failure to pay the filing fee and that Plaintiff's "Motion for Default and Default Judgment" (Doc. #3) be DENIED.  It is further

ORDERED that Plaintiff is DIRECTED to file any objections to the said Recommendation **on or before April 28, 2010**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *see Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

DONE this 14th day of April, 2010.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE