IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:09-cv-0857-TMH |
| ) | WO |
| LEE COUNTY CIRCUIT CLERK'S ) | |
| OFFICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #9) to the Recommendation of the Magistrate Judge filed on April 21, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #8) entered on April 14, 2010 is adopted;

3. This action is DISMISSED due to plaintiff's failure to pay the filing fee.

4. Plaintiff's "Motion for Default and Default Judgment" is DENIED.

DONE this the 28th day of April, 2010.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE